Anoush Hakimi (State Bar No. 228858)
anoush@handslawgroup.com
Peter Shahriari (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, California 90028
Telephone: (323) 672 – 8281
Facsimile: (213) 402 – 2170
www.handslawgroup.com

Attorneys for Plaintiff,
**WILLIAM BERRY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM BERRY**, <br><br>            Plaintiff, <br><br> vs. <br><br> **JAFAR RASHID**, Trustee of The Jafar Rashid and Reetu Rashid Living Trust dated 9-24-13; **REETU RASHID**, Trustee of the Jafar Rashid and Reetu Rashid Living Trust dated 9-24-13; and Does 1-10, <br><br>            Defendants. | Case No.: 2:20-cv-00158-MWF-JC <br><br> Hon. Michael W. Fitzgerald <br><br> **PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS JAFAR RASHID AND REETU RASHID** <br><br> Date: May 4, 2020 <br> Time: 10:00 a.m. <br> Ctrm: 5A |

///

To Defendants Jafar Rashid and Reetu Rashid, and their attorneys of record: Please take notice that on May 4, 2020 at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. 1st Street, Courtroom 5A, 5th Floor, Los Angeles, California 90012. Plaintiff William Berry presents his application for default judgment against defendants Jafar Rashid and Reetu Rashid. The Clerk has previously entered the default on defendant Reetu Rashid on February 14, 2020 and on defendant Jafar Rashid, on February 19, 2020.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Neither Defendant Jafar Rashid or Defendant Reetu Rashid is a minor or incompetent person or in military service or otherwise exempted under the Solider and Sailor's Civil Relief Act of 1940; (2) Defendants have not responded in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $11,276.60 in attorney fees and costs as set forth in the attached declaration of Anoush Hakimi and an Order directing the defendants to: provide accessible exterior paths of travel, compliant signage and accessible parking spaces, at the property located at or about 2138 W Century Blvd., Los Angeles, CA 90047. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

///
///
///

Notice of this the original application for default judgment by court was served on Jafar Rashid and Reetu Rashid, on April 3, 2020, by first class United States Mail, postage prepaid.

Dated: April 3, 2020    THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: /s/Anoush Hakimi
    Anoush Hakimi, Esq.
    Attorneys for Plaintiff