Anoush Hakimi (State Bar No. 228858)
anoush@handslawgroup.com
Peter Shahriari (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, California 90028
Telephone: (323) 672 – 8281
Facsimile: (213) 402 – 2170

Attorneys for Plaintiff,
**WILLIAM BERRY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAFAR RASHID, Trustee of The Jafar Rashid and Reetu Rashid Living Trust dated 9-24-13; REETU RASHID, Trustee of The Jafar Rashid and Reetu Rashid Living Trust dated 9-24-13; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00158-MWF-JC<br><br>Hon. Michael W. Fitzgerald<br><br>**STATEMENT OF NON-CONSUMMATION OF SETTLEMENT AND REQUEST FOR COURT TO SET ORDER TO SHOW CAUSE**<br><br>Action Filed: January 6, 2020<br>Trial Date:　 August 31, 2021 |

STATEMENT OF NON-CONSUMMATION OF SETTLEMENT
1

Defendants Jafar Rashid and Reetu Rashid settled this case through their counsel Jon Atabek, Esq. on August 13, 2020 (i.e. **more than sixty (60) days ago**). The defendants have not performed certain of their obligations under the terms of the settlement, which are now past due.

Plaintiff is concerned that Defendants do not intend on honoring the settlement. Plaintiff is concerned that if this issue is not addressed immediately, Plaintiff will be prejudiced and unnecessary burdens will be created for this Court.

Plaintiff respectfully requests that the Court schedule a Status Conference/OSC Hearing approximately 7 days out at which the Parties, by and through their attorneys of record shall show cause why the settlement has not been consummated and this case has not been dismissed.

Dated:  October 14, 2020        **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: ___/s/Anoush Hakimi___
    Anoush Hakimi, Esq.
    Attorneys for Plaintiff

    1800 Vine Street
    Los Angeles, California 90028
    Telephone: (323) 672 – 8281
    Facsimile: (213) 402 – 2170
    www.handslawgroup.com