UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 20-158 MWF (JCx)**                                   Dated: October 15, 2020

Title:   WILLIAM BERRY -*v*- JAFAR RASHID, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                         None Present

PROCEEDINGS:  (IN CHAMBERS) ORDER GRANTING REQUEST FOR ORDER TO SHOW CAUSE HEARING [47] AND SETTING ORDER TO SHOW CASE

    The Court has reviewed Plaintiff's Statement of Non-Consummation of Settlement and Request for Court o Set Order to Show Cause ("OSC Request"), filed October 14, 2020. (Docket No. 47).  Plaintiff states that settlement was reached on August 13, 2020.  However, the parties never filed a Notice of Settlement, which would have caused the Court to issue an Order to Show Cause at that time.

    The Court **GRANTS** Plaintiff's OSC Request.  The Court sets a hearing on Order to Show Cause Re Dismissal for **November 2, 2020, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearances will be required.  The dates set forth in the Order Re Court Trial (Docket No. 46) remain in effect until this matter is dismissed.

    IT IS SO ORDERED.

MINUTES FORM 90                                                         Initials of Deputy Clerk   rs
CIVIL - GEN