JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Berry,<br><br>   Plaintiff,<br><br>  v.<br><br>Jafar Rashid, Trustee of the Jafar Rashid and Reetu Rashid Living Trust dated 9-24-13; Reetu Rashid, Trustee of the Jafar Rashid and Reetu Rashid Living Trust dated 9-24-13; and Does 1-10,<br><br>   Defendants. | Case No.: 2:20-cv-00158-MWF-JC<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  January 6, 2020<br>Trial Date: Not on Calendar |

///
///
///
///
///
///
///
///
///
///

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff William Berry's ("Plaintiff") action against Defendants Jafar Rashid and Reetu Rashid ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated:  October 16, 2020

Michael W. Fitzgerald
United States District Judge

ORDER FOR DISMISSAL WITH PREJUDICE